# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00529-CV

**Forest North/Springwoods Co-Operative Recreation Association, Appellant**

**v.**

**City of Austin; Marc Ott, City Manager; Sara L. Hensley, Director of Parks and Recreation; and Tom Nelson, Director of Aquatics, Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
### NO. 11-1077-C368, HONORABLE BURT CARNES, JUDGE PRESIDING

## D I S S E N T I N G   O P I N I O N

I respectfully dissent. Because I would conclude that the trial court in the summary judgment order disposed of all claims, even if it did so incorrectly, I would conclude that we have jurisdiction over this appeal. *See Ritzell v. Espeche*, 87 S.W.3d 536, 538 (Tex. 2002) (per curiam) (quoting *Lehmann v. Har-Con Corp*., 39 S.W.3d 191, 206 (Tex. 2001), for the principle of law that "an order that expressly disposes of the entire case is not interlocutory merely because the record fails to show an adequate motion or other legal basis for the disposition").

Alternatively, I would abate the case to the trial court for clarification of its order. *See Lehmann*, 39 S.W.3d at 206 ("If the appellate court is uncertain about the intent of the order, it can abate the appeal to permit clarification by the trial court." (citing Tex. R. App. P. 27.2)).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Filed:   June 27, 2013